

IN THE
TENTH COURT OF APPEALS

No. 10-15-00199-CV

WILLIAM WINDSOR,

Appellant

v.

JOEYISALITTLEKID, ET AL,

Appellee

From the 378th District Court
Ellis County, Texas
Trial Court No. 88611

ORDER

Appellant's motion for rehearing filed on July 27, 2015 is denied.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed August 6, 2015

